**Christine BROWN, Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee**

**No. 16–1235**

United States Court of Appeals, Eighth Circuit.

Submitted: September 20, 2016

Filed: September 23, 2016

---

Frederick S. Spencer, Mountain Home, AR, for Plaintiff–Appellant.

Michael McGaughran, Kendall Morrison Rees, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, for Defendant–Appellee.

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

PER CURIAM.

Christine Brown appeals the district court's[1] order affirming the denial of supplemental security income and disability insurance benefits. We disagree with Mrs. Brown that the administrative law judge (ALJ) did not adequately account for her mental impairments in determining her residual functional capacity (RFC), see Buford v. Colvin, 824 F.3d 793, 796 (8th Cir. 2016) (it is claimant's burden to establish RFC); and we conclude that substantial evidence on the record as a whole supports the ALJ's adverse decision, see Ash v. Colvin, 812 F.3d 686, 689–90 (8th Cir. 2016) (substantial evidence is enough that reasonable minds would find it adequate). The judgment of the district court is affirmed.

---

1. The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).